

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00902-CR

Luis **JARAMILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2228
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED September 9, 2015.

_____
Sandee Bryan Marion, Chief Justice